IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Alyssa Dowling, | ) | C/A No.: 6:26-2062-JDA-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REPORT AND |
| | ) | RECOMMENDATION |
| Eric Komitee, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Alyssa Dowling ("Plaintiff"), proceeding pro se, filed this action on May 22, 2026. [ECF No. 1]. On May 27, 2026, the undersigned issued an order noting deficiencies in Plaintiff's complaint and directing Plaintiff to submit documents necessary to bring this case into proper form. [ECF No. 5]. The order also directed Plaintiff to keep this court apprised of her address. *Id.* On June 15, 2026, the order was returned as undeliverable. [ECF No. 67]. The returned envelope states "Return to Sender, Not Deliverable as Addressed, Unable to Forward." *Id.* As a result of Plaintiff having failed to provide this court with an accurate address, this court has no means of contacting Plaintiff.

Based on the foregoing, it is recommended that this action be dismissed, in accordance with Fed. R. Civ. P. 41(b). The Clerk is directed to send this Report and Recommendation to Plaintiff at her last known address. If Plaintiff notifies the court within the time set for filing objections to this

Report and Recommendation that she wishes to continue with this case and provides a current address, the Clerk is directed to vacate this Report and Recommendation and return this file to the undersigned for further handling. If, however, no objections are filed, the Clerk shall forward this Report and Recommendation to the district judge for disposition.

IT IS SO RECOMMENDED.


                                               s/ Thomas E. Rogers III
July 13, 2026                           Thomas E. Rogers III
Columbia, South Carolina                United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

## Notice of Right to File Objections to Report and Recommendation

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge.  Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d).  Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

Robin L. Blume, Clerk
United States District Court
901 Richland Street
Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.**  28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

3